EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte:                                              | 2023 TSPR 30 |
| Aprobación de Cambio de Estatus Inactivo de febrero de 2023 | 211 DPR ___ |

Número del Caso: EM-2023-0003


Fecha: 16 de marzo de 2023



Materia: Aprobación de Cambio de Estatus Inactivo de febrero de 2023


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de          EM-2023-0003
febrero de 2023

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de marzo de 2023.

Durante el mes de febrero de 2023, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

1,774  Mellado González, Ramón

2,482  Curbelo Pizá, Juan E.

3,276  Quiñones Quiñones, Pablo J.

4,625  Rivera de Laracuente, Providencia

4,865  Paniagua Guzmán, Mario L.

5,198  Neumann Zayas, Henry E.

5,876  Pérez Maury, Gloria I.

6,009  Delgado Colón, Edgardo L.

6,051  Fernández Torres, Miguel A.

6,268  Berríos Concepción, Carlos I.

6,526  Hernández Crespo, Nydia I.

6,685  Franceschi Cuadra, Jorge M.

7,610  Cáceres Carlo, Arcángel

7,915  Cardona Muñiz, Nelson

9,358  Bosch Alomar, Mari C.

 9,508 Busó Aboy, María J.

 9,873 Vivas Pietri, Carmen M.

 9,966 Cherson Carfagno, Adam D.

10,518 Medina Monteserín, Teresa

10,817 Torres Rivera, Rafael

11,108 Sánchez Fernández, Héctor R.

12,738 Velázquez Ramírez, Carlos A.

15,496 García Rodríguez, Roberto M.

15,822 Serrano Urdaz, Miguel A.

16,635 Alejandro Rodríguez, Vanessa

17,132 Navarro Rodríguez, Ana Josefina

21,269 Ortiz Ortiz, Jeannette

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo